In the matter of the estate of EDWIN M. SQUIER, deceased.

[Argued and submitted October 23d, 1929.  Decided May 19th, 1930.]

272

*Mr. Frank Hendrick* (of the New York bar), for the appellant.

*Mr. Woolsey A. Shepard* (of the New York bar) (*Mr. Thomas J. Brogan,* on the brief), for the respondents.

PER CURIAM.

The decree under review will be affirmed (with a minor qualification presently to be noted), for the reasons stated in the conclusions of the vice-ordinary.

The qualification is that the concluding language of the opinion seems to read for a dismissal of the appeal instead of an affirmance of the decree of the orphans court; and this language seems to be carried into the decree of the prerogative court. This is a mere slip of the pen, for it is clear that the affirmance was intended and should have been decreed. With this formal modification the decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.